**MEMO ENDORSED**

**LAW OFFICE OF MOHAMMED GANGAT**
(718) 669-0714 ✦ 675 3rd Ave, Ste 1810, NY, NY 10017 ✦ mgangat@gangatpllc.com

via ECF                                                                                                                     May 28, 2020

Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      **RE:** <u>**Diaz v. Bronx Pawnbroker Inc. et al., No. 18-07590-ER**</u>

**To the Hon. Ramos:**

    I represent plaintiff Brandon Diaz in the above-referenced action and write to request an extension of the deadlines for: (i) plaintiff's opposition to defendants' motion for summary judgment and (ii) defendants' reply. The current deadlines are June 1 and June 15.

    I spoke to defense counsel who confirmed to me that Defendants join Plaintiff in this request. The parties request the deadlines be extended three days to June 4 and June 18. One prior request was made to extend these deadlines. The prior request was in order to allow defendants' to amend their filing to include a Rule 56.1 summary judgment motion. The prior request was granted by Your Honor.

    This request is being made at the request of Plaintiff to allow more time for Plaintiff to collect affidavits from three individuals which will provide evidence material to the Court's decision in the motion practice.

    As always, I thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Mohammed Gangat*

Mohammed Gangat

cc:   All counsel of record (via ECF)

---

The application is  **X**  granted
                   ___ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: May. 29, 2020
New York, New York