UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON DIAZ, *on behalf of himself and all others similarly situated*,

Plaintiff,

– against –

BRONX PAWNBROKER INC., CONCOURSE PAWNBROKERS, INC., CONCOURSE NY REALTY INC., FANG HUNG WU, and MICHELLE WU,

Defendants.

**ORDER**

18 Civ. 7590 (ER)

Ramos, D.J.:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated **within thirty (30) days** of the date hereof.

Any application to reopen must be filed **within thirty (30) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:   May 21, 2021
         New York, New York

_____
Edgardo Ramos, U.S.D.J.